UNITED STATES DISTRICT COURT

Northern District of California

KLAS DIETER HAIDACHER,

           Plaintiff,

  v.

CHRISTINE MARIE ZAHAR,

           Defendant.

_____/

No. C 13-2497 EDL (MEJ)

**ORDER**

     The San Mateo District Attorney shall surrender the passports and birth certificates currently in their possession related to case CIV521396 to Petitioner Klaus Dieter Haidacher on Tuesday, July 2, 2013. Both parties shall appear at the passport service agency at 95 Hawthorne, San Francisco, California on Wednesday, July 3, 2013 at 9:00 a.m. for the purpose of renewing the elder child's passport.

     **IT IS SO ORDERED.**

Dated: July 1, 2013

_____
Maria-Elena James
United States Magistrate Judge