THORN•SEYMOUR•MEHMET
Brent D. Seymour (SBN 148737)
1242 Market Street, 5th Floor
San Francisco, CA 94102
(415) 431-5772

Attorneys for Chirine Marie Zahar, Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| KLAUS DIETER HAIDACHER,<br><br>  Petitioner,<br><br>vs.<br><br>CHIRINE MARIE ZAHAR,<br><br>  Respondent. | Case No. C 13-02497 EDL (MEJ)<br><br>STIPULATION TO AMEND STIPULATION AND ORDER OF JULY 3, 2013 RE SETTLEMENT |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

1. The parties, petitioner, Klaus Dieter Haidacher, (hereinafter "Klaus") and respondent, Chirine Marie Zahar, (hereinafter "Chirine") hereby do agree and stipulate to the following amendment to the Stipulation and Order of July 3, 2013 (hereinafter "Stipulation and Order"). This amendment is

necessary to correct the Stipulation and Order to conform with the agreement of the parties as read into the record on July 1, 2013. This amendment shall become an enforceable order of both the United States District Court, Northern District of California and Bezirksgericht Baden (hereinafter "Baden District Court").

Paragraph 9 of the Stipulation and Order, previously stated:

> 9. <u>Spousal Support</u>: Klaus shall pay Chirine as and for modifiable spousal support in the amount of 500 euros per month for one year through June 30th, 2014. No court shall have jurisdictions to order spousal support payments after July 1, 2014.

The parties now AGREE and STIPULATE to amend Paragraph 9 to remove the termination of jurisdiction in the second sentence. Paragraph 9 of the Stipulation and Order shall now state:

> 9. <u>Spousal Support</u>: Klaus shall pay Chirine as and for modifiable spousal support in the amount of 500 euros per month for one year through June 30th, 2014.

In all other respects, the Stipulation and Order is affirmed.

2. Since the children have now returned to Austria, the parties FURTHER STIPULATE and REQUEST that pursuant to the terms of their Stipulation and Order, the case now be dismissed and all pending briefing and trial dates be vacated.

Dated: July 31, 2013

_____
Chirine Marie Zahar, Respondent

Dated: July ___, 2013

_____
Klaus Dieter Haidacher, Petitioner

Dated: July 31, 2013

_____
Brent Seymour, Attorney for Respondent

Stipulation to Amend Stipulation and Order

-2-

necessary to correct the Stipulation and Order to conform with the agreement of the parties as read into the record on July 1, 2013. This amendment shall become an enforceable order of both the United States District Court, Northern District of California and Bezirksgericht Baden (hereinafter "Baden District Court").

Paragraph 9 of the Stipulation and Order, previously stated:

> 9. Spousal Support: Klaus shall pay Chirine as and for modifiable spousal support in the amount of 500 euros per month for one year through June 30th, 2014. No court shall have jurisdictions to order spousal support payments after July 1, 2014.

The parties now AGREE and STIPULATE to amend Paragraph 9 to remove the termination of jurisdiction in the second sentence. Paragraph 9 of the Stipulation and Order shall now state:

> 9. Spousal Support: Klaus shall pay Chirine as and for modifiable spousal support in the amount of 500 euros per month for one year through June 30th, 2014.

In all other respects, the Stipulation and Order is affirmed.

2. Since the children have now returned to Austria, the parties FURTHER STIPULATE and REQUEST that pursuant to the terms of their Stipulation and Order, the case now be dismissed and all pending briefing and trial dates be vacated.

Dated: July ___, 2013

Chirine Marie Zahar, Respondent

Dated: July ___, 2013

Klaus Dieter Haidacher, Petitioner

Dated: July ___, 2013

Brent Seymour, Attorney for Respondent

Stipulation to Amend Stipulation and Order

-2-

Dated: July 28, 2013

_____
Michelle Harris, Attorney for Petitioner

Dated: July 25, 2013

_____
Richard Helzberg, Attorney for Petitioner

It is so ORDERED:

Dated: July ___, 2013

~~_____
Magistrate Judge James
United States District Court, Northern District
Of California~~

Dated: ~~July~~ August 1, 2013

_Elijah D. Laporte_
Magistrate Judge Laporte
United States District Court, Northern District
Of California

---

Stipulation to Amend Stipulation and Order